[No. 56791-8-I.  Division One.  November 13, 2006.]

*In the Matter of the Estate of* WILLIAM J. SHANNON.

ARTHUR SMITH, *Appellant*, v. THE ESTATE OF WILLIAM J. SHANNON, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 03-4-07005-7, Mary E. Roberts, J., entered July 13 and 25, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56810-8-I.  Division One.  November 13, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. LORI MARIE MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-00430-9, George N. Bowden, J., entered March 22, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 56837-0-I.  Division One.  November 13, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DARNELL HAGANS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10124-9, Michael Heavey, J., entered August 19, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56996-1-I.  Division One.  November 13, 2006.]

JOHN SPOELSTRA ET AL., *Respondents*, v. DANIEL GAHN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-2-05742-4, Gerald L. Knight, J., entered September 16, 2005. *Affirmed* and *remanded* by unpublished per curiam opinion.